

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2021

No. 04-21-00231-CV

**IN RE** Michael Andrew **DAVIS** and Waterfleet, LLC

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI13387
Honorable Larry Noll, Judge Presiding

# O R D E R

Sitting:      Luz Elena D. Chapa, Justice
              Beth Watkins, Justice
              Liza A. Rodriguez, Justice

Relators' petition for writ of mandamus and motion for temporary relief are denied. An opinion will be forthcoming.

It is so **ORDERED** on June 4, 2021

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ
CLERK OF COURT